1 | NOAH A. KATSELL (Bar No. 217090)
**DLA PIPER US LLP**
2 | 401 B Street, Suite 1700
San Diego, CA 92101-4297
3 | Tel: 619.699.2700
Fax: 619.699.2701
4 |
JOHN F. DIENELT
5 | (Pro Hac Vice Motion to be filed)
DLA PIPER US LLP
6 | 500 8th Street, NW
Washington, DC 20004
7 | Tel: 202.799.4000
Fax: 202.799.5000
8 |
Attorneys for Defendants
9 | PLUS ORTHOPEDICS USA, INC. and SMITH &
NEPHEW, INC.
10 |

**FILED**

2008 AUG 29 PM 3: 43

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____KMH_____DEPUTY

11 |               UNITED STATES DISTRICT COURT

12 |              SOUTHERN DISTRICT OF CALIFORNIA

13 |

14 | MEDICAL SALES & CONSULTING GROUP; PRECISION MEDICAL, INC.; PRECISION ORTHOPEDICS MIDWEST, INC.; ORTHOCALA, ORS, INC.; MARTIN NICHOLS; CHRIS NICHOLS; EMMETT BONAMARTE; CINDY BONAMARTE; KENT ADAMS; AND STEVEN TUFTS,

Plaintiff,

v.

PLUS ORTHOPAEDICS USA, INC.; SMITH & NEPHEW, INC.; DOES 1 through 25,

Defendant.

CASE NO.

**'08 CV 1595 BEN BLM**

**NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION BY DEFENDANTS**

State Court Complaint Filed: July 25, 2008

23 | **TO: PLAINTIFFS, MEDICAL SALES & CONSULTING GROUP, PRECISION MEDICAL INC., PRECISION ORTHOPEDICS MIDWEST, INC., ORTHOCALA, ORS, INC. MARTIN NICHOLS, CHRIS NICHOLS, EMMETT BONAMARTE, CINDY BONAMARTE, KENT ADAMS, AND STEVEN TUFTS:**

26 |         PLEASE TAKE NOTICE that on the 29th day of August, 2008, Defendants, PLUS

27 | ORTHOPAEDICS USA, INC., and SMITH & NEPHEW, INC., filed with the United States

28 | District Court for the Southern District of California, a Notice of Removal of the above captioned

DLA PIPER US LLP
SAN DIEGO

WEST\21505796.1
312318-000001

-1-

1    action to said Court from the San Diego County Superior Court of the state of California, and that

2    the proceedings herein have been removed from the San Diego County Superior court of the State

3    of California, to the United States District Court for the Southern District of California.

4

5    Dated: August 2ᵃ, 2008

6                                    DLA PIPER US LLP

7

8    By _____

9        NOAH A. KATSELL
         Attorneys for Defendants
10       PLUS ORTHOPAEDICS, LLC (erroneously
         sued as PLUS ORTHOPEDICS, USA, INC.)
         and SMITH & NEPHEW, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28