1  NOAH A. KATSELL (Bar No. 217090)
   noah.katsell@dlapiper.com
2  DLA PIPER US LLP
   401 B Street, Suite 1700
3  San Diego, CA 92101-4297
   Tel: 619.699.2700
4  Fax: 619.699.2701

5  JOHN F. DIENELT
   (Pro Hac Vice Motion to be filed)
6  DLA PIPER US LLP
   500 8th Street, NW
7  Washington, DC 20004
   Tel: 202.799.4000
8  Fax: 202.799.5000

9  Attorneys for Defendants
   PLUS ORTHOPAEDICS, LLC (erroneously sued as PLUS
10 ORTHOPEDICS USA, INC.) and SMITH & NEPHEW,
   INC.

FILED

2008 AUG 29 PM 3:44

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____VNY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL SALES & CONSULTING GROUP; PRECISION MEDICAL, INC.; PRECISION ORTHOPEDICS MIDWEST, INC.; ORTHOCALA, ORS, INC.; MARTIN NICHOLS; CHRIS NICHOLS; EMMETT BONAMARTE; CINDY BONAMARTE; KENT ADAMS; AND STEVEN TUFTS,<br><br>Plaintiff,<br><br>v.<br><br>PLUS ORTHOPEDICS USA, INC.; SMITH & NEPHEW, INC.; DOES 1 through 25,<br><br>Defendant. | CASE NO.<br><br>'08 CV 1595 BEN BLM<br><br>DEFENDANTS' NOTICE OF PARTY WITH FINANCIAL INTEREST |

DLA PIPER US LLP
SAN DIEGO

EAST\42077789.1            NOTICE OF PARTY WITH FINANCIAL INTEREST

1     Pursuant to Federal Rule of Civil Procedure 7.1(a) and local rule 40.2, Defendants Plus Orthopaedics, LLC (erroneously sued as Plus Orthopedics USA, Inc.) and Smith & Nephew, Inc. hereby certify the following:

    Defendant Plus Orthopaedics, LLC is a wholly owned subsidiary of Defendant Smith & Nephew, Inc.

    Defendant Smith & Nephew, Inc. is the operating company and a wholly owned subsidiary of Smith & Nephew Holdings, Inc.

Dated: August 29, 2008

By _____
NOAH A. KATSELL
DLA PIPER US LLP

Attorneys for Defendants
PLUS ORTHOPAEDICS, LLC (erroneously sued as PLUS ORTHOPEDICS USA, INC.) and SMITH & NEPHEW, INC.