| | |
|---|---|
| 1 | NOAH A. KATSELL (Bar No. 217090)  **DLA PIPER US LLP** |
| 2 | 401 B Street, Suite 1700  San Diego, CA 92101-4297 |
| 3 | Tel: 619.699.2700  Fax: 619.699.2701 |
| 4 | |
| 5 | JOHN F. DIENELT  (Pro Hac Vice Motion to be filed) |
| 6 | DLA PIPER US LLP  500 8th Street, NW |
| 7 | Washington, DC 20004  Tel: 202.799.4000 |
| 8 | Fax: 202.799.5000 |
| 9 | Attorneys for Defendants  PLUS ORTHOPEDICS USA, INC. and SMITH & NEPHEW, INC. |

FILED
2008 AUG 29 PM 3: 44
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL SALES & CONSULTING GROUP; PRECISION MEDICAL, INC.; PRECISION ORTHOPEDICS MIDWEST, INC.; ORTHOCALA, ORS, INC.; MARTIN NICHOLS; CHRIS NICHOLS; EMMETT BONAMARTE; CINDY BONAMARTE; KENT ADAMS; AND STEVEN TUFTS,<br><br>Plaintiff,<br><br>v.<br><br>PLUS ORTHOPAEDICS USA, INC.; SMITH & NEPHEW, INC.; DOES 1 through 25,<br><br>Defendant. | CASE NO.<br><br>**'08 CV 1595 BEN BLM**<br><br>PROOF OF SERVICE<br><br>State Court Complaint Filed: July 25, 2008 |

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, Suite 1700, San Diego, California 92101-4297. On August 29, 2008, I served the within documents:

CIVIL COVER SHEET

NOTICE OF REMOVAL

NOTICE OF COMPLIANCE

NOTICE TO PLAINTIFF OF REMOVAL

NOTICE OF PARTY WITH FINANCIAL INTEREST

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

David J. Noonan
KIRBY NOONAN LANCE & HOGE LLP
350 Tenth Avenue, Suite 1300
San Diego, CA 92101-8700
Tel: 619-231-8666
Fax: 619-231-9593

Mitchell A. Kramer
KRAMER & KRAMER
1077 Rydal Road, Suite 100
Rydal, PA 19046-1712
Tel: 215-887-9030
Fax: 215-887-9240

Barbara H. Kramer
KRAMER & KRAMER
24 Frank Lloyd Wright Drive
Lobby D
Ann Arbor, MI 48105-0755
Tel: 734-930-5452
Fax: 734-665-8788

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

DLA PIPER US LLP
SAN DIEGO

WEST\21505487.1

-2-

1  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 29, 2008 at San Diego, California.

_____
Joyce S. Graham